## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Effie Watson,

       Plaintiffs,                       Civil No. 09-644 (RHK/SRN)

vs.                                **DISQUALIFICATION AND
                                    ORDER FOR REASSIGNMENT**

Pfizer, Inc., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 20, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge